# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

DEWAYNE HARLER,                    :   No. 26 EM 2020
                                   :
          Petitioner    :
                                   :
                                   :
                                   :
       v.             :
                                   :
                                   :
                                   :
PENNSYLVANIA BOARD OF PROBATION    :
AND PAROLE, ("PBPP"), PENNSYLVANIA :
DEPARTMENT OF CORRECTIONS,         :
("PADOC"),                         :
                                   :
          Respondents   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of June, 2020, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.